IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| JIMMY ASHLEY, | * | |
| | * | |
| Plaintiff, | * | |
| vs. | * | No. 3:11-cv-0027WW |
| | * | |
| | * | |
| DOUG BRANDON | * | |
| PROPERTIES, INC., | * | |
| | * | |
| Defendant. | * | |

## ORDER

In accordance with the Joint Stipulation of Dismissal With Prejudice filed on February 13, 2013 [doc.#10], this action is hereby dismissed with prejudice, the Court retaining jurisdiction for purposes of enforcing the settlement agreement.

IT IS SO ORDERED this 14th day of February 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE